## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMARDARIYA OTGONTSAGAAN and | ) | Bankruptcy No. 20 B 03958 |
| BAYARTMAA BATDELGER, | ) | |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |

### NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **Monday, June 1, 2020, at 1:00 p.m.**, I will appear before the Honorable Timothy A. Barnes or any judge sitting in that judge's place, and present the **Trustee's Motion to Extend Time to Object to Exemptions and Discharge**, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date:  May 23, 2020         **DAVID P. LEIBOWITZ, not individually, but as**
                            **the Chapter 7 Trustee of the Debtor's Estate**

                            By:   /s/ David P. Leibowitz
                                  David P. Leibowitz (ARDC # 1612271)
                                  Law Offices of David P. Leibowitz, LLC
                                  53 West Jackson Boulevard, Suite 1115
                                  Chicago, IL 60604
                                  (312) 662-5750
                                  dleibowitz@lodpl.com

### CERTIFICATE OF SERVICE

I, Linda A. Green, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 23, 2020, at 5:30 p.m.

                                        /s/ Linda A. Green
                                            Attorney

## SERVICE LIST

*__Parties served via electronic notice through CM/ECF:__*

Lester A Ottenheimer, III    lottenheimer@olawgroup.com, nfishkin@olawgroup.com

Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

*__Parties served via first class U.S. mail:__*

Amardariya Otgontsagaan and Bayartmaa Batdelger
3025 Lynn Court Unit D
Arlington Heights, IL 60005

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMARDARIYA OTGONTSAGAAN and | ) | Bankruptcy No. 20 B 03958 |
| BAYARTMAA BATDELGER, | ) | |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |

## TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS AND DISCHARGE

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the estate of Amardariya Otgontsagaan and Bayartmaa Batdelger ("Debtors"), hereby moves for an order extending the time for the Trustee to timely object to exemptions and to discharge to and including July 24, 2020.[1] In support, the Trustee states the following:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

### FACTUAL AND PROCEDURAL BACKGROUND

4. Debtors filed a voluntary chapter 7 petition on February 12, 2020.

5. David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

6. The § 341 meeting in this case was held on March 27, 2020. The Trustee examined the Debtors concerning one of their vehicles and certain assets held in storage that had been used in Debtors' former business. The Trustee's investigation continues, and he needs additional information and documentation concerning these matters. He therefore requires additional time to obtain and review same and to further evaluate whether or not grounds may exist for an objection to the Debtors' discharge and/or exemptions.

**RELIEF REQUESTED**

7. The Trustee requests that the Court extend the date by which the Trustee may timely object to Debtor's exemptions to and including July 24, 2020. He further requests that the Court extend the date by which the Trustee may timely object to the Debtor's discharge under §727 of the Bankruptcy Code to and including July 24, 2020.

**BASIS FOR RELIEF REQUESTED**

8. Under Rule 4003(b), objections to the debtor's claim of exemptions must be filed within 30 days after the § 341 meeting is concluded or within 30 days after any amendment to the list of exemptions or supplemental schedules is filed, whichever is later. However, the court may, for cause, extend the time for filing objections, if the request for extension is filed prior to expiration of the deadline.

9. Under Rule 4004, a complaint objecting to the debtor's discharge must be filed not later than 60 days following the first date set for the meeting of creditors under §341. However, the court may, for cause, extend that deadline on motion filed prior to its expiration.

10. This motion is filed prior to expiration of the deadline for objections to exemptions and prior to expiration of the deadline for objections to discharge.

11. Cause exists to extend both deadlines, because, as set forth above, the Trustee requires additional time to obtain and review information and to further investigate and evaluate whether or not grounds may exist for an objection to the Debtor's discharge and/or exemptions.

## NOTICE

12. Notice of this Motion was provided to: (a) the Debtors; (b) the Debtors' counsel; (c) the Office of the United States Trustee; and (d) all parties that have requested or receive notice through CM/ECF. In light of the nature of the relief requested, the Trustee requests that the Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

**WHEREFORE**, the Trustee requests that the Court enter an order:

(a) Extending the date by which the Trustee may timely object to the Debtors' claim of exemptions to and including July 24, 2020;

(b) Extending the date by which the Trustee may timely object to the Debtors' discharge to and including July 24, 2020; and

(c) Granting such further relief as the Court deems just and proper.

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtors' Estate**

By:   /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
(312) 662-5750